IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BILLY WAYNE RHEA**                                                                  **PLAINTIFF**

VS.                        **4:16-CV-00760-BRW-JTK**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

### ORDER

I have reviewed the Recommended Disposition (Doc. No. 21) submitted by United States Magistrate Judge Jerome Kearney. No objections were filed and the time for doing so has passed.. After careful consideration, the Court concludes that the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, this case is REVERSED and REMANDED for action consistent with this opinion and all pending motions are rendered moot. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405 (g).

IT IS SO ORDERED this 24th day of October, 2017.

                                                /s/ Billy Roy Wilson _____
                                                UNITED STATES DISTRICT JUDGE