IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BILLY WAYNE RHEA**                                                         **PLAINTIFF**

**VS.**                                **4:16-CV-00760-BRW-JTK**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is REVERSED and REMANDED for action consistent with this opinion and all pending motions are rendered moot. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405 (g).

IT IS SO ORDERED this 24th day of October, 2017.

                                                                    /s/ Billy Roy Wilson _____
                                                                    UNITED STATES DISTRICT JUDGE